IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MEGGAN MEINTS**                                                                               **PLAINTIFF**

**v.**                                       **CASE NO. 2:22-CV-00125-BSM**

**LESLIE RUTLEDGE,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 12th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE